UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-4423-JFW (JEMx)**                                    Date:  August 21, 2012

Title:   Henrik Avanessians -v- Barclays Bank Delaware, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of July 5, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for August 27, 2012, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.